**Order entered April 16, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00201-CV

## RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants

## V.

## DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00390-B**

### ORDER

Before the Court is appellees' written verification of payment for the supplemental clerk's record they requested January 15, 2020. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file the supplemental record no later than April 27, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    BILL WHITEHILL
        JUSTICE